# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY R. LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILIATION, *et al.*,<br><br>　　　　Defendants. | Case No. 1:17-cv-01064-DAD-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT ALL CLAIMS AND DEFENDANTS BE DISMISSED, EXCEPT FOR PLAINTIFF'S CLAIMS FOR EXCESSIVE FORCE IN VIOLATION OF THE EIGHTH AMENDMENT AGAINST DEFENDANTS B. NICKELL, J. RAMIREZ AND O. DELGADO<br><br>(ECF NOS. 1 & 9)<br><br>OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN DAYS |

Tony R. Lewis ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On August 9, 2017, Plaintiff filed the complaint commencing this action. (ECF No. 1). The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915. (ECF No. 9). The Court found that the complaint stated cognizable claims for excessive force in violation of the Eighth Amendment against defendants B. Nickell, J. Ramirez and O. Delgado. (Id. at 10). The Court also found that Plaintiff failed to state any other cognizable claims. (Id).

The Court allowed Plaintiff to choose between proceeding only on the claims for excessive force in violation of the Eighth Amendment against defendants B. Nickell, J. Ramirez and O. Delgado, amending the complaint, or standing on the complaint subject to the Court issuing findings and recommendations to a district judge consistent with the screening

order. (Id. at 11). On February 7, 2018, Plaintiff notified the Court that he is willing to proceed only on the claims for excessive force in violation of the Eighth Amendment against defendants B. Nickell, J. Ramirez and O. Delgado. (ECF No. 10).

Accordingly, for the reasons laid out in the Court's screening order that was entered on January 2, 2018 (ECF No. 9), and because Plaintiff has notified the Court that he is willing to proceed only on the claims for excessive force in violation of the Eighth Amendment against defendants B. Nickell, J. Ramirez and O. Delgado (ECF No. 10), it is HEREBY RECOMMENDED that all claims and defendants be dismissed, except for Plaintiff's claims for excessive force in violation of the Eighth Amendment against defendants B. Nickell, J. Ramirez and O. Delgado.

These findings and recommendations are submitted to the United States district judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **March 22, 2018**          /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE