IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONY R. LEWIS,**<br><br>Plaintiff,<br><br>v.<br><br>**CDCR, et al.,**<br><br>Defendants. | Case No. 17-cv-01064-DAD-EPG<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO THE COURT'S ORDER REGARDING** *IN CAMERA* **REVIEW OF CONFIDENTIAL DOCUMENTS**<br><br>**(ECF No. 34)** |

Before the Court is a request for extension of time (ECF No. 34) filed by Defendants Delgado, Ramirez, and Nickell (collectively, "Defendants"). Defendants seek additional time to submit document for *in camera* review in response to the Court's January 16, 2019, Order. (ECF No. 31.) The Court fined good cause for and will accordingly grant the requested extension of time.

IT IS ORDERED that Defendants' request for an extension of time (ECF No. 34) is GRANTED. Defendants shall submit for *in camera* review any document that Defendants are withholding based on official information privilege, as discussed in this Court's January 16, 2019, Order (ECF Nol. 31 at 3), on or before March 28, 2019.

IT IS SO ORDERED.

Dated: __**February 26, 2019**__     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE